UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN P. SEIWERT | No. 20 CR 330-4<br><br>Judge Matthew F. Kennelly |

## MOTION TO DISMISS PURSUANT TO FED. R. CRIM. P. 48

The United States of America, by and through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), that this Court dismiss Count Eight of the superseding indictment returned on February 2, 2021, against defendant JOHN P. SEIWERT, in the above-captioned case.

WHEREFORE, the government respectfully asks this Court to enter an order dismissing Count Eight of the superseding indictment against the above-named defendant without prejudice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ Maureen E. Merin
MAUREEN E. MERIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1457

Dated: October 6, 2021